# DIVIDENDS REMITTED TO THE COURT

Case Number 09-20913 - DETTRICK, JANELLE M.

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| LAKE COUNTY DEPARTMENT OF UTILITIES<br>125 E ERIE ST<br>STE 7<br>PAINESVILLE OH 44077 | 000001 | 37.63 | *CK#* 0.51<br>*1004* |
| Chase Bank USA, N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas, Tx 75374 | 000009 | 174.92 | 2.35<br>*#1012* |
| Recovery Management Systems Corporation<br>For GE Money Bank<br>dba H H GREGG/GEMB<br>25 SE 2nd Ave Ste 1120<br>Miami FL 33131 | 000011 | 274.95 | 3.70<br>*#1014* |
| THE ILLUMINATING CO BANKRUPTCY DEPARTMENT<br>6896 MILLER RD SUITE 204<br>BRECKSVILLE OH 44141<br>(15-1) electric service | 000015 | 301.76 | 4.06<br>*#1018* |
| ---------- Remittance Total --------------- | | 789.26 | 10.62 |

*[signature]*
MARY ANN RABIN, Trustee

FILED 10 SEP 29 PM 12:12
CLERK U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND